UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER WRAY, et al.,<br><br>  Defendants. | No. 2:22-cv-02099-WBS-EFB (PC)<br><br>**ORDER** |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2023, the Court denied plaintiff's application for leave to proceed in forma pauperis and granted plaintiff fourteen days within which to pay the $402 filing fee for this action. ECF No. 8. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id.* Plaintiff has not paid the fee.

Accordingly, IT IS ORDERED that this action is DISMISSED.

Dated: February 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1